# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY FLANAGAN

NO. 2020 KW 1003

**NOVEMBER 19, 2020**

---

In Re:     Terry Flanagan, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 12-17-0511.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed
toward disposition of relator's motion for out-of-time appeal,
filed August 19, 2020, if it has not already done so.

                         **JMM**
                         **GH**
                         **AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT